NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REBA ABRAHAM PEARCE,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2022-1148

---

Petition for review of the Merit Systems Protection Board in No. AT-1221-21-0410-W-1.

---

**JUDGMENT**

---

JAMES SOLOMON, Solomon, Maharaj & Kasimati, PA, Tampa, FL, argued for petitioner.

DEANNA SCHABACKER, Office of General Counsel, United States Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by KATHERINE MICHELLE SMITH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 14, 2023                /s/ Peter R. Marksteiner
Date                                 Peter R. Marksteiner
                                       Clerk of Court